IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESSICA FRIERSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:02-CV-2340-H |
| § | |
| CITY OF TERRELL, and § | |
| ALEJANDRO SUAREZ, § | |
| § | |
| Defendants. § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Defendant City of Terrell's Motion and Brief for Attorneys Fees and Expenses*, filed May 26, 2005, is **GRANTED**, in part, and Defendant shall recover $4,500 in attorney's fees and $7,660.04 in costs from Plaintiff.

SO ORDERED.

DATED:   August __, 2005.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS